PRIOR, executor, *v.* PRIOR *et al.*

FISH, J. This being an action by legatees against an executor, predicated upon his alleged failure to collect certain notes due to his testator by a third person, and the evidence showing affirmatively that this person was insolvent, and not showing that the executor could, by due diligence, have collected anything upon these notes, the verdict against him was unwarranted. The general grounds of the motion for a new trial ought to have been sustained, but the special grounds of the same were without merit.

*Judgment reversed. All the Justices concurring.*

Argued June 8, — Decided July 24, 1901.

Complaint. Before Judge Evans. Screven superior court. July 3, 1900.

*Oliver & Overstreet* and *H. B. Strange,* for plaintiff in error.
*E. K. Overstreet* and *White & Boykin,* contra.

---

COLE *v.* ALEXANDER.

LITTLE, J. An action upon an account for money had and received, and for the erection of improvements on land, is not sustained by evidence showing that the defendant sold land to the plaintiff and received a part of the purchase-money ; and that the latter, while in possession, made improvements on the premises and then abandoned the same from fear of personal violence on the part of the defendant.

Taking the evidence most strongly for the plaintiff, he did not establish the cause of action set forth in his petition, and therefore was not entitled to recover. *Judgment reversed. All the Justices concurring.*

Argued June 20, — Decided July 24, 1901.

Complaint. Before Judge Proffitt. City court of Elberton, October 4, 1900.

*Joseph N. Worley,* for plaintiff in error
*George T. MaGill* and *Ira C. VanDuzer,* contra.